IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 2:14-cr-00412-ER |
| THOMAS LICIARDELLO | : | |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

AND now, this day of , 2014, upon consideration of the within Motion brought by BRIAN J. MCMONAGEL, Esquire, it is hereby ORDERED that:

1. Leave is hereby granted to BRIAN J. MCMONAGLE, Esquire, to withdraw his appearance for Defendant, THOMAS LICIARDELLO.

2. The Clerk is directed to mark Mr. McMonagle's appearance as WITHDRAWN.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 2:14-cr-00412-ER |
| THOMAS LICIARDELLO | : | |

## DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL

Brian J. McMonagle, Esquire, hereby moves for leave to withdraw as counsel in the foregoing action, and in support states the following reasons and grounds:

1. Based upon information received, counsel has learned that a conflict exists that requires counsel to seek a withdrawal as counsel in this matter.

2. The defendant is seeking to retain new counsel based upon the conflict of interest.

3. The Government does not oppose this request.

**WHEREFORE**, Brian J. McMonagle, Esquire, hereby moves for leave to withdraw as counsel in this action.

    Respectfully Submitted,

    s/BRIAN J. MCMONAGLE, ESQUIRE
    BRIAN J. MCMONAGLE, ESQUIRE
    McMonagle, Perri, McHugh & Mischak
    30 S. 15th Street, Suite 701
    Philadelphia, PA 19102
    (215) 981-0999 Fax 981-0977

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire, hereby certifies that a true and correct copy of the within Motion has been served via the District Court's ECF electronic filing system on the following persons:

**Anthony J. Wzorek, AUSA**
**United States Attorney's Office**
**615 Chestnut Street**
**Suite 1250**
**Philadelphia, PA  19106**

**Magistrate Judge**
**United States Courthouse**
**Room 3024**
**Philadelphia, PA  19106**

/s/ Brian J. McMonagle
BRIAN J. MCMONAGLE, ESQUIRE