14-412-2

# PHILADELPHIA POLICE DEPARTMENT

## Honorable Service

THIS IS TO CERTIFY THAT

**PO Brian Reynolds #1268**

HAS HONORABLY SERVED THE POLICE DEPARTMENT OF PHILADELPHIA, PENNSYLVANIA
THIS CERTIFICATE IS AWARDED AS A TESTIMONIAL OF DEDICATED AND FAITHFUL SERVICE

08-23-1993 to 08-3-2013
Date

_signature_
Commissioner

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER BRIAN REYNOLDS #4268
### NARCOTICS FIELD UNIT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on June 20, 2007. On this date, you along with fellow officers' initiated an investigation into the sales and distribution of Crystal Methamphetamine throughout the Roxborough section of Philadelphia. After conducting a month long investigation and the collection of detailed information you and fellow officers conducted a surveillance at 720 Shawmont Avenue. Shortly thereafter, you along with fellow officers apprehended a male after he was observed engaging in a narcotics transaction. The offender then agreed to cooperate with police and continued to disclose information on another male who is the main supplier of the crystal meth and deals out of a residence at 490 Markle Street. Thereupon, you along with fellow officers obtained and executed a search and seizure warrant at the residence of 490 Markle Street resulting in the arrest of a male who was positively identified as the main supplier of the illegal narcotics. Recovered during the search was 7,247 grams of Crystal Methamphetamine, 148 Oxycotin pills, 79 Xanax pills, one 40 caliber Glock semi-automatic pistol, one Keltec 380 caliber semi-automatic pistol and $16,792 in United States currency. The total street amount of the narcotics seized exceeded $2,199,082.00. Subsequently, both defendants were arrested and charged with multiple Narcotics Violations and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.

POLICE COMMISSIONER

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER BRIAN REYNOLDS #4268
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your investigative abilities, you are hereby officially commended for action taken on August 12, 2012. On this date, you along with members of your unit received information and initiated an investigation into the distribution of large amounts of marijuana from 5949 Warrington Avenue. Thereupon, you received additional information that the suspects were also in possession of multiple firearms. As a result, you conducted fixed surveillances on the location from various positions over the course of several days. During this time, you observed a male and female exit the residence, enter a BMW at which time you followed them to 53rd Street and Wyalusing Avenue. Upon arrival to the location, they entered a garage and within moments exited the location carrying a large suitcase and returned to 5949 Warrington Avenue. During the course of the surveillance, you were able to observe the target offenders along with additional persons entering and exiting the residence throughout the course of the day. Thereupon, a male was exiting the residence and was followed by surveillance officers during which time the male made a phone call and attempted to take evasive movements to avoid police. Quickly, officers stopped the male and recovered a bag containing large amount of marijuana. Fearing that the male may have contacted the residence occupants, a decision was made to secure the location at which time you along with fellow officers converged on the property. Upon obtaining and executing a search and seizure warrant, five offenders were apprehended along with the recovery of .25 caliber semi-automatic handgun, a Desert Eagle 44 magnum semi-automatic handgun, a Taurus 357 magnum revolver, United States currency, along with 17,393 grams of marijuana with a street value of $173,930. Subsequently, all five defendants were charged with Possession with the Intent to Deliver and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.

POLICE COMMISSIONER

# CITY OF PHILADELPHIA



## PHILADELPHIA POLICE DEPARTMENT

## Commendatory Citation

*This citation acknowledges the exemplary dedication to duty and outstanding performance as a member of the Philadelphia Police Department, shown by*

*POLICE OFFICER BRIAN REYNOLDS #4268*
*NARCOTICS FIELD UNIT - SOUTH*
*APRIL 24, 2012*

*Your commitment to providing the highest level of service to the public reflects credit upon the entire Philadelphia Police Department and, on behalf of the Mayor and the citizens of Philadelphia, I commend you for it.*

*Notation of this commendation will become a permanent part of your official record.*



POLICE COMMISSIONER

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER BRIAN REYNOLDS #4268
### NARCOTICS FIELD UNIT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on July 9, 2007. On June 23, 2007, you along with fellow officers from your unit initiated an investigation into the storage and distribution of bulk Marijuana from the residence of 1348 Magee Avenue. During the course of your two week investigation through surveillance of the location you were able to identify the target. Upon gathering the information on the suspect, you maintained the surveillance and as a result apprehended two offenders. Thereupon, you obtained and executed Search and Seizure warrants at the residence resulting in the recovery of 34,644 grams of marijuana with a total street value of $347,940.00, two Hi-Point 9MM semi-automatic handguns each loaded with one live round, a Colt Magnum Revolver loaded with one live round and $1,300.00 in United States currency. Subsequently, two defendants were charged with multiple Narcotics Violations and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**

# OPERATION CEASEFIRE
## CERTIFICATE OF APPRECIATION

 

PRESENTED TO:

Police Officer Brian Reynolds #4268

ON 12-8-98, P/O BRIAN REYNOLDS AND P/O JEFFREY WALKER ASSIGNED TO THE 16TH DISTRICT OBSERVED MR. DANIEL MILES INSIDE A VEHICLE HANDLING CRACK COCAINE. SUBSEQUENT TO THIS ARREST, A .380 SEMI-AUTO HANDGUN WAS RECOVERED. ON 3-9-2000, MR. MILES WAS SENTENCED TO 120 MONTHS INCARCERATION IN FEDERAL PRISON.

YOUR ACTIONS HAVE DEMONSTRATED A COMMITMENT TO THE CITIZENS OF PHILADELPHIA, BY PROVIDING QUALITY SERVICE AND ENHANCING PUBLIC SAFETY. YOU ARE TO BE APPLAUDED FOR YOUR EXCELLENT CONTRIBUTION TO THIS EFFORT.

 

_____  _____
Police Commissioner        Deputy Commissioner

**DW MEDICAL BILLING, INC.**
\*\*\*\*\*\*\*\*\*\*\*

To:    DAVID PALLETT ESQ.
Date:  08/04/14
Fax:   2157901400 PALLETT, DAVID
Pgs:   /

RE: JENOVERA REYES / 34239         BALANCE DUE: $ 1900.00
Date of Accident: SE021214

Dear DAVID PALLETT ESQ.,

Your client had an MRI(s) at ADVANCED DIAGNOSTICS .

Status of Insurance:

_____ No-Fault or Work Compensation Insurance:
       Carrier:_____
       Address:_____
       CLAIM NUMBER:_____

_____ Patient has personal health insurance:
       Carrier:_____
       Member ID:_____

_____ Insurance pending: check back in ____ days.

PLEASE FAX RESPONSE TO 610-328-9848.

We appreciate your attention to this matter.

Best regards,   /M/

Billing Agent for
ADVANCED DIAGNOSTICS

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any retransmission, dissemination or other use of or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error please contact the sender and delete the material from any computer.

FAX: 610-328-9848
PHONE: 610-604-0355



# PHILADELPHIA POLICE DEPARTMENT

## OFFICER OF THE MONTH AWARD

PRESENTED TO

*P/O Brian Reynolds #4268*

In Recognition Of Your Outstanding Achievement In The Law Enforcement Profession And The Community You Serve. You Are Hereby Commended For Your Actions.

Month Of *October* 1997

_November 26, 1997_
DATE

COMMANDING OFFICER
16TH District



POLICE DEPARTMENT

# CITY OF PHILADELPHIA

## *Commendatory Letter*

POLICE OFFICER BRIAN REYNOLDS #4268
16TH POLICE DISTRICT

In recognition of your alert and aggressive patrol, you are hereby officially commended.

On December 27, 1994, you were on duty when at approximately 3:26 a.m., you coordinated your efforts with those of two other officers and were instrumental in the apprehension of a male burglary suspect.

The male had forced entry into several properties and had removed items which he had placed inside a plastic bag. Upon seeing you and the other officers, he fled the scene.

He was pursued by you and after a lengthy chase, was overtaken and was placed under arrest.

Evidence as well as items taken from the properties was recovered and the offender was positively identified.

He was charged with Burglary, Theft and other offenses.

Action such as this on your part reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



COMMISSIONER



POLICE DEPARTMENT

# CITY OF PHILADELPHIA

## *Commendatory Letter*

**POLICE OFFICER BRIAN REYNOLDS #4268**
**16TH POLICE DISTRICT**

In recognition of your alert and aggressive patrol, you are hereby officially commended.

On October 30, 1995, you and another officer, were on patrol in the area of 43rd Street and Westminster Avenue when at approximately 1:55 a.m., you observed two males armed with handguns, carrying a bag believed to contain narcotics, exiting the rear of 4301 Westminster Avenue.

Upon your approach, the offenders concealed the guns and fled on foot. You immediately took up pursuit and after a brief chase, a violent struggle ensued. The offenders were subdued and placed under arrest.

Two loaded handguns and the bag, found to contain a substantial amount of illegal narcotics, were recovered.

Both offenders were charged with Aggravated Assault, Resisting Arrest, Violation of the Uniform Firearms Act, and other offenses.

Action such as this reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



_____
COMMISSIONER

# CITY OF PHILADELPHIA



## PHILADELPHIA POLICE DEPARTMENT

## *Commendatory Letter*

### POLICE OFFICER BRIAN REYNOLDS #4268
### 16TH POLICE DISTRICT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on November 25, 1998. You, along with your partner, were on patrol in the area of 4600 Folsom Street when you observed a male who matched the description of a suspect wanted for an armed robbery inside a restaurant at 3940 Lancaster Avenue on November 23, 1998. You stopped the male for investigation and detained him for further investigation. During the inquiry, the suspect gave a statement implicating himself and his brother in the restaurant robbery. Subsequently, they were arrested by you and charged with Robbery and related offenses.

Your action has reflected credit upon the entire Police Department and is in keeping with the standards of law enforcement.

Notation of this commendation will become a permanent part of your official record.



John A. Timoney
POLICE COMMISSIONER

# OPERATION CEASEFIRE
## CERTIFICATE OF APPRECIATION
### PHILADELPHIA
#### PRESENTED TO:
#### P/O BRIAN REYNOLDS #4268




ON 8-26-98, P/O JEFFERY WALKER AND P/O BRIAN REYNOLDS, 16th DISTRICT ARRESTED A MR. ANTHONY JOHNSON AT 039 N HUTTON ST FOR POSSESSION OF AN AUTOMATIC HANDGUN AND NARCOTICS VIOLATION. SUBSEQUENTLY MR JOHNSON WAS SENTENCED TO 97 MONTHS OF INCARCERATION IN FEDERAL PRISON.

YOUR ACTIONS HAVE DEMONSTRATED A COMMITMENT TO THE CITIZENS OF PHILADELPHIA, BY PROVIDING QUALITY SERVICE AND ENHANCING PUBLIC SAFETY. YOU ARE TO BE APPLAUDED FOR YOUR EXCELLENT CONTRIBUTION TO THIS EFFORT.

_Deputy Commissioner_

_Police Commissioner_




# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

POLICE OFFICER BRIAN REYNOLDS #4268
16TH POLICE DISTRICT

In recognition of your diligent police efforts you are hereby officially commended.

On July 12, 1994 at approximatley 4:00 a.m., you and another officer were on plainclothes patrol in the area of the 3500 block of Hamilton Street.

You received information from a concerned citizen alerting you to prowlers in the area, and you responded by conducting a surveillance of the rear of homes in that vicinity.

You observed forced entry at the rear of a home at 3517 Hamilton Street and notified the occupants.

A search of the home was conducted and an intruder was apprehended who was concealed in a closet.

The male was arrested and charged with Burglary, Theft and other offenses.

Action such as this on your part reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



POLICE COMMISSIONER

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

POLICE OFFICER BRIAN REYNOLDS #4268
16TH POLICE DISTRICT

In recognition of your alert and aggressive patrol, you are hereby officially commended.

On March 19, 1995 at approximately 3:10 p.m., while on patrol in the area of 32nd and Race Streets, you observed a male in possession of packaging labeled "Bio-Hazardous Regulated Special Infectious Waste".

Upon seeing the packaging, you recalled an institutional burglary at the Bio-Medical building at 3225 Arch Street, prompting you to detain the male for investigation.

As a result, you determined that the package contained electronic equipment taken in the burglary.

The male was arrested and charged with Burglary, Theft and other offenses.

Action such as this on your part reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



_Richard Leal_
POLICE COMMISSIONER

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER BRIAN REYNOLDS #4768
### 16TH POLICE DISTRICT

In recognition of your devotion to duty, you are hereby officially commended.

On May 30, 1995 at 8:00 p.m., while off duty and driving your auto in the 2700 block of Bainbridge Street, you observed a male armed with a gun, rob two females.

You immediately intervened and a pursuit of the assailant ensued.

After an intense and lengthy chase, the offender was overtaken by you and converged upon.

He was disarmed of a loaded handgun and placed under arrest.

Two handbags were recovered and the suspect was positively identified.

He was charged with two counts of Robbery, Theft, Violation of the Uniform Firearms Act, and other offenses.

Action such as this on your part reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



Richard Neal
_____
**POLICE COMMISSIONER**

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

POLICE OFFICER BRIAN REYNOLDS #4268
16TH POLICE DISTRICT

In recognition of your alert and aggressive patrol, you are hereby officially commended.

On July 12, 1996 you and another officer were on patrol in the area of 1200 Belmont Avenue when at approximately 3:47 a.m. you observed a 1991 Acura being operated with an expired tag.

During the course of the vehicle investigation the driver abruptly fled the vehicle on foot. He was pursued by you and after a brief chase, he was overtaken and placed under arrest. Subsequent investigation revealed that the automobile had been stolen.

The suspect was arrested and charged with Aggravated Assault, Simple Assault, Resisting Arrest, Receiving Stolen Property and other related offenses.

Action such as this reflects credit on the entire Police Department. Notation of this commendation will appear on your official record.



_____
POLICE COMMISSIONER

# Official Commendation



## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER BRIAN REYNOLDS #4268
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on November 10, 1999. On this date, you along with your partner were on patrol in the vicinity of 60th and Sansom Streets when you observed a male exit his vehicle carrying a semi-automatic handgun. He approached the entrance of a clothing store at 140 South 60th Street and placed his weapon in the store manager's chest. Forcing him into the store the offender attempted to rob the store. You quickly converged on the male and disarmed him. He was arrested and charged with Robbery and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement.

Notation of this commendation will become a permanent part of your official record.



_____
POLICE COMMISSIONER