| HIBIT# | DATE | COMMENDATIONS/RECOGNITION | DESCRIPTION |
|---|---|---|---|
| 1 | 4/21/2006 | POLICE OFFICIAL COMMENDATION of MERIT | April 2006 investigation of Narcotic Organization , resulting in identifying person's method for DISTRIBUTING COCAINE through the Northeast Police Division. Search warrants resulted confiscation of a total of 8.5 lbs. of Cocaine( Valued at $476,000.00 and led to arrest of 2 additional offenders., 1 pound Marijuana and Sho Gun. Led this person to identify Supplier, |
| 2 | 11/4/2006 | POLICE OFFICIAL COMMENDATION of MERIT | Arrested 3 males for delivery narcotics,. In pursuit on foot of one of them armed w/ large semi automatic pistol. Tackled the armed male in a violent struggle. Also an additional armed male w/9mm semi-automatic pistol in a car was ordered by Tom after a few tense moments to surrender successfully. Resulted inconvesgation of the weapons, 74 grams crack cocaine, 7 grams cocaine, 2 grams marijuana w/ treat valu of $8,100. |
| 3 | 8/21/2007 | POLICE OFFICIAL COMMENDATION of MERIT | Month long investigation led to extensive surveillances, mobil tracking devices utilized resulted in arresting a buyer with 130 grams of Cocaine. Several search and seizure warrants led to seizure of 2,668 cocaine w/ value of $266,800, firearms and 41,569 cash. Resuling charges of related Narcotics Violations w/ related offenses. |
| 4 | 5/13/2008 | POLICE OFFICIAL COMMENDATION of MERIT | Through confidential informant led to arrest of a male wanted for murder of a male and brutal rape of a woman. Working w/ Homicide Detectives obtained search warrant which recovered a .45 caliber handgun. Fugitive had fled before search but was in New York under arrest using a false name for auto theft. Tom contacted Homicide resulting in the arrest in New York prior to getting out on bail. He was extradited and charged w/ murder and related offenses. |
| 5 | 11/15/2010 | POLICE OFFICIAL COMMENDATION of MERIT | During surveillance, of a male known for selling large amounts of Cocaine, Tom was aggressively approached by him and took quick action in detaining him where a Smith & Wesson .38 caliber was found in his vehicle. Obtaining search & Seizure warrant for residence they recovered 176.9 grams of Crack COCAINE VALUED AT $17,690, 5 Grams of Marijuana $50 and a Loaded Glock 17 9mm semi-automatic resulting in charges of intent to deliver a controlled substance and related offenses. |
| 6 | 11/14/2010 | POLICE OFFICIAL COMMENDATION of MERIT | Pursuing information concerning a male cooking crack cocaine. At residence observed a person going in and leaving which they followed him, stopped and searched vehicle and recovered cocaine and placed him in custody. Then returned to residence where anther person was found on porch w/ bag who began to flee and they chased him and apprehended him. Through Search and Seizure warrant items essential to producing crack cocaine, packaging material and marijuana. The bag held 113 grams of cocaine valued at $11,300, 130 grams of crack cocaine valued at $13,600, 10 grams and 10 mm loaded Glock. Two defendants charged with |

14-412-1

(D-i)

| | | | |
|---|---|---|---|
| 7 | 6/29/2010 | POLICE OFFICIAL COMMENDATION of MERIT | Upon receipt of information from informant concerning 2 male brothers distributing large amounts of Heroin and known to carry weapons, a surveillance of the residence where a transaction was observed and the male was stopped and K-9 Unit called which found drugs and was processed. Returning to the home male ran with bag and in pursuit they captured him, obtained warrant and found 971 packets of heroin w/ value of $9,710, $170 worth of marijuana, 3 loaded handguns. Defendants charged w/Possession w/ Intent to Deliver and related offenses. |
| 8 | 2/15/2011 | POLICE OFFICIAL COMMENDATION of MERIT | During debriefing after recovering 13 lbs. Marijuana, one of the offenders wanted to contact his children at a hotel, but was not wanting them to go there, the officers went and found 3 backpacks of the children with Marijuana airline ticket in offender name. after search and seizure warrants, the result was arrest and charging of 5 defendants charged w/ possession & Intent to Deliver and related offenses. |
| 9 | 6/23/2011 | | During an investigation of a man in possession of multiple Firearms and distributing large amounts of Crystal Meth it was found to be distributed from a Service Garage and his private residence. After observing transaction these offenders were arrested. Cooperating w/ Montgomery County D.A., a search and seizure warrant resulted in recovering 19 loaded firearms, narcotic paraphernalia, multiple large valued bank statements, $263,100 of Crystal Meth, $34,000,and a resulting seizure of $400,00 from the bank accounts. Led to arrest and charges of 5 offenders on Possession with the intent to Deliver Controlled Substances and related charges. |

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on April 21, 2006. During the month of April 2006, you initiated an investigation into a narcotics organization. During the investigation, you identified the suspect and developed information that he was distributing bulk cocaine throughout the Northeast Police Division via cellular phone. During the investigation, you utilized controlled purchases and surveillance to identify the male's method for distributing cocaine. As a result of your efforts, sufficient probable cause was developed for the issuance of a search and seizure warrant for 8913 Sylvia Lane and 3409 Hess St. On May 3rd 2006, recovered during the execution of the search warrants, was one and a half pounds of cocaine, one pound of marijuana, and a 12 gauge shotgun. Following the males arrest he agreed to cooperate and identify the supplier. During a subsequent debriefing, the male provided you with the location of the remaining cocaine that was undiscovered during the search of his property. At that time, you, accompanied by the offender and fellow officers, returned to the male's residence where consent to search was voluntarily provided. Thereupon, you recovered an additional eight pounds of cocaine. This investigation resulted in the seizure of cocaine with a street value of $476,000.00 in United States Currency. Further investigation led to the arrest of two additional offenders Subsequently, the defendants were charged with Possession with the Intent to Deliver, Conspiracy and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement.

Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**

# Official Commendation

# MERIT

# PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on November 4, 2006. On this date, you, along with fellow officers were in the process of arresting three males for delivery of narcotics at 201 West Lehigh Avenue. Upon arrival, you observed one of the defendants exit the gas station store, look in your direction and flee on foot removing a large semi-automatic pistol from his waistband. Immediately, you exited your patrol vehicle, drew your service weapon and ordered the offender to surrender. Refusing your commands, you pursued the offender when upon tackling him to the ground he engaged you in a violent struggle. At this time, additional officers approached a black Pontiac that the defendant had pulled up in and observed a second defendant inside the vehicle armed with a 9MM semi-automatic pistol. Thereupon, you ordered the male to surrender and after a few tense moments, the suspect dropped the weapon and was arrested. Recovered from the defendants was a .45 caliber semi-automatic pistol, a 9MM semi-automatic pistol, 74 grams of crack cocaine, 7 grams of cocaine, and 2 grams of marijuana with a total street value of $8,100.00 United States currency. Subsequently, defendants were charged with Violation of the Uniform Firearms Act, Possession with the Intent to Deliver and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement.

Notation of this commendation will become a permanent part of your official record



**POLICE COMMISSIONER**

# Official Commendation



# MERIT

# PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT

In recognition of your law enforcement efforts, you are hereby officially commended for action taken on August 21, 2007. During the entire month of June, you initiated an investigation in the sales and distribution of cocaine throughout the Northwestern section of the city. Based on information you received, you conducted several extensive surveillances. These surveillances enable you to obtain a mobile tracking device which you placed on the suspect's vehicle. Along with monitoring the device and making keen observations on the target, you were able to arrest a buyer and seize 130 grams of cocaine as well as the targeted seller of the investigation. Shortly thereafter, you obtained and executed several search and seizure warrants for 5922 Bingham Street, 564 Woodlawn Street, 1347 Narragansett Street, and 1612 Duval Street. With the assistance fellow officers from your unit along with members from the Bureau of Narcotic Investigation, you confiscated 2,668 grams of cocaine with a street value of $266,800.00, a Ruger .38 caliber revolver loaded with five live rounds and $1,569 in United States currency. Subsequently, both defendants were charged with multiple Narcotics Violations along with related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.

**POLICE COMMISSIONER**

# Official Commendation

# MERIT

# PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on May 13, 2008. On this date, you received information from a confidential informant as to the whereabouts of a male wanted for the murder that occurred outside of 3770 Frankford Avenue. Additionally, the suspect was wanted for abducting a couple on 4500 Castor Avenue and fled to Bensalem, where he executed the male victim and proceeded to brutally rape the woman before releasing her. At this time, you relayed the information you received to Homicide detectives, who were able to obtain and execute a search warrant at the suspects residence located at 844 Hilton Street. Upon execution of the warrant you recovered a .45 caliber handgun, but found that the suspect fled shortly before you arrived. The next day, you received a tip as to the whereabouts on the suspect who committed these brutal acts. This information accurately detailed the exact location of the fugitive. This tip came in just in time because the fugitive was in custody in New York for a stolen auto, but provided a false name upon arrest. Immediately, you contacted Homicide to inform them that the suspect was in New York being held on charges. Based on the information you provided, Homicide detectives were able to contact the New York Police Department prior to the male being released on bail. The offender was then held by New York Police and a positive identification was made and extradition arrangements were made. Subsequently, the defendant was charged with Murder and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



POLICE COMMISSIONER

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on November 15, 2010. On this date, you along with fellow officers were informed of a male selling large amounts of cocaine throughout the Northeast Philadelphia area. Further information revealed that the male operated a blue Dodge Ram, is armed and lived at 6713 Gillespie Street. At this time, you initiated a surveillance and observed the male arrive at the residence and a few minutes later leave the in his vehicle. As you followed the suspect for several blocks he began to make evasive and erratic movements. Due to the male's actions, you decided to terminate the surveillance and leave the location when suddenly the suspect began to closely follow you and flash his high beams illuminating the inside of your unmarked vehicle. Upon stopping at a red light at 6700 Torresdale Avenue, the offender pulled up behind your vehicle and began to approach you with his hand concealed inside his vest. Having the knowledge that the male was known to be armed, you quickly made evasive movement and entered the intersection making a quick U-turn maneuver and drove towards the offender. At that time, the offender returned to his truck, removed an unknown object from his vest and placed it inside his vehicle. Through quick action, you along with fellow officers exited your vehicle and detained the male for investigation. Upon conducting a visual check of the vehicle, you observed a black Smith and Wesson .38 caliber revolver. After probable cause was established you obtained and executed a search and seizure warrant for the offenders residence resulting in the recovery of 176.9 grams crack cocaine with a street value of $17,690, five grams of marijuana, $50 in United States currency and a Glock 17 9MM semi-automatic handgun loaded with six live rounds. Subsequently, the defendant was charged with Possession with the Intent to Deliver a Controlled Substance and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**

# Official Commendation

# MERIT

# PHILADELPHIA POLICE DEPARTMENT

## POLICE OFFICER THOMAS LICIARDELLO #4383
## NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on November 14, 2010. On this date, you and your partner received information about a male inside 603 North 34th Street cooking crack cocaine. During your surveillance, you observed a male arrive at the location in a van, enter the property and within a few minutes exit the location and leave. Thereupon, you followed the van and stopped the operator for investigation during which time you recovered cocaine and placed the male in secured custody. Upon your return to 603 North 34th Street, you observed another male on the porch in possession of a large black bag who appeared to be leaving the property. You approached the male and identified yourself as police officers when suddenly the male fled into the property. Without hesitation, you and your partner gave chase and observed the male enter a bedroom and discard the bag on the bed. Through quick action, you apprehended the male at which time you observed that the bag contained several knotted bags of cocaine and a handgun. As you secured the property, you observed in plain view a pot containing cocaine residue and narcotic paraphernalia. Upon obtaining and executing a search and seizure warrant you recovered items essential for the processing of crack cocaine, packaging materials and marijuana. Recovered from inside the black bag was 113 grams of cocaine with a street value of $11,300, 136 grams of crack cocaine with a street value of $13,600, ten grams of marijuana, and a 10MM Glock semi-automatic handgun loaded with fourteen live rounds. Subsequently, two defendants were charged with Possession with the Intent to Deliver and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**



# Official Commendation

# MERIT

# PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on June 29, 2010. On this date, you and your partner received information from a reliable source who stated that two male brothers were distributing large amounts of heroin in the South Philadelphia area. Furthermore, the informant informed you of the vehicles they used to deliver the narcotics and that they were known to carry weapons. At that time, you initiated a surveillance at the suspects residence located at 2212 South Darien Street when you observed one suspect exit the location enter one of the described vehicles and proceed to 2300 8th Street where he engaged in a narcotics transaction. After the transaction was completed, you stopped the male for investigation and notified police radio to have a K-9 Unit respond to conduct a check. Upon arrival, the K-9 immediately indicated a positive reaction for narcotics. The offender was arrested, transported for processing and the vehicle secured. Thereupon, you returned to the offender's residence at which time you observed the second exit the location with a black bag at which time you approached and as you identified yourself as police officers the male fled into the property with you in pursuit. Upon entering the rear yard, the suspect discarded the bag into the neighbor's yard at which time you converged on the offender and placed him in secured custody. as a result of obtaining probable cause, you obtained and executed a search and seizure warrant on the residence and two vehicles resulting in the recovery of 971 packets of heroin with a street value of $9,710 along with $170 worth of marijuana. Recovered from the vehicles were 81 packets of heroin, a .45 caliber Intratec semi-automatic handgun loaded with seven live rounds, a Smith & Wesson 9MM handgun, Lorcin .380 caliber handgun loaded with six live rounds, and a Pietro Beretta 9MM handgun loaded with sixteen live rounds. Subsequently, both defendants were charged with Possession with the Intent to Deliver and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**

# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on February 15, 2011. On this date, on this date you along with fellow members were assigned to investigate a narcotics apprehension at 4000 Island Avenue and recovered thirteen pounds of marijuana. Upon arrival to the detective division, you began to debrief the offenders when one male stated he needed to make a phone call since his children were alone in the Marriott Hotel located at 4000 Island Avenue. Out of concern to the children, you attempted to gain additional information as to what room the children were in when he refused to cooperate with you. Thereupon, you along with fellow officers responded to the hotel when you were met by a female who stated she was there to pick up the children and escorted you to the room where they were located. While inside the room, you observed in plain view United States currency totaling $5,400 and an airline ticket bearing the offenders name which you recovered. As you began to interview the female attempting to gain their identities she became nervous and evasive in answering your questions. Believing she gave you a false address, you instructed fellow officers to follow her when she arrived at 1339 South 56th Street. Shortly thereafter, a female arrived in a Jeep, entered then exited the residence carrying a large trash bag at which time officers conducted a vehicle investigation and detected an odor of marijuana. During this time, the female and children exited the residence and were also stopped for investigation when officers noticed a strong odor of marijuana emanating from the children's backpacks. Further investigation, revealed that back packs contained seven pounds of marijuana and the female was placed in secured custody. Upon obtaining sufficient probable cause, the residence was secured and after obtaining and executing a search and seizure warrant you recovered .40 caliber Smith & Wesson semi-automatic handgun loaded with fourteen live rounds, an additional fully loaded magazine along with freezer bags containing marijuana residue. Subsequently, five defendants were arrested and charged with Possession with the Intent to Deliver and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



**POLICE COMMISSIONER**



# Official Commendation

## MERIT

## PHILADELPHIA POLICE DEPARTMENT

### POLICE OFFICER THOMAS LICIARDELLO #4383
### NARCOTICS FIELD UNIT - SOUTH

In recognition of your alert and aggressive patrol, you are hereby officially commended for action taken on June 23, 2011. On this date, you along with fellow members of your unit initiated an investigation on a male who was in possession of multiple firearms and distributing large amounts of Crystal Meth from his service garage located at 529 Sedgwick Street and his residence at 643 Fulton Street in Conshohocken. During the course of a month long intensive investigation, you conducted multiple roving and fixed surveillances of the target offender during which time you confirm that the operation was taking place from his service garage and his private residence. As you continued the surveillances, multiple individuals were stopped and arrested after completing illegal narcotics transactions with the offender. After establishing sufficient probable cause, you along with the Montgomery County District Attorney obtained and executed search and seizure warrants on the offender's residence resulting in the recovery of nineteen loaded firearms, along with narcotic paraphernalia and multiple bank statements indicating that the offender had substantial assets in various accounts. Furthermore, a search and seizure warrant was obtained and executed on the service garage resulting in the recovery of $263,100 worth of Crystal Meth, $34,000 in United States currency, three firearms and a large assortment of narcotic paraphernalia. Meanwhile, members of the Forfeiture Unit were notified and provided with the accounts of the offender and after an extensive investigation, located and seized over $400,000 in illegal assets. Subsequently, five defendants were arrested and charged with Possession with the Intent to Deliver a Controlled Substance and related offenses.

Your performance during this incident reflects credit upon you and the entire Police Department. The dedication and professionalism which you demonstrated is in keeping with the high standards and ethics of law enforcement. Notation of this commendation will become a permanent part of your official record.



POLICE COMMISSIONER









**great dad**

My daddy is the GREATEST!
The best dad there ever was
He always brings me lots of joy
He's my very own Santa Claus.

My daddy can do anything
He's smart as smart can be
I love to walk and hold his hand
To show he belongs to me!
HAPPY FATHER'S DAY!
I LOVE YOU DADDY!





Love,
Gianna



















Fall 2010





Merry Christmas from our
family to yours.
Tom, Selena, Ryan & Gianna

**THOMAS LICIARDELLO OFFICER # 4383 RECOGNITION AWARDS**

| AWARD # | AWARD DESCRIPTION | YEAR AWARDED |
|---|---|---|
| 1 | OFFICER OF THE YEAR 1998 | 1998 |
| 2 | ASIS INTERNATIONAL ADVANCING SECURITY WORLDWIDE                    In recognition of Meritorious Service | 2006 |
| 3 | NATIONAL LIBERTY MUSEUM POLICE AND FIREFIGHTERS PUBLIC SERVICE OF VALOR | |
| 4 | POLICE VALOR AWARD | 2006 |
| 5 | PENNSYLVANIA NARCOTICS OFFICER ASSOCIATION -RECOGNITION OF HEROIC ACTIONS IN AN ENSUING GUN BATTLE | 2005 |








OFFICER OF THE YEAR AWARD
1996
PRESENTED TO
P/O THOMAS LICIARDELLO #4383
PRESENTED BY
18TH POLICE
DISTRICT
DECEMBER 1996







## POLICE VALOR AWARD



*Presented to*

*P/O Thomas Liciardello*

**For your exceptional Valor and Disregard
for your own personal safety which
resulted in the arrest of several felons.**

*Presented at Law Enforcement Appreciation Day
May 17, 2006*



**GREATER PHILADELPHIA CHAPTER**

PRESENTS THE

CHIEF INSPECTOR RAYMOND ROONEY AWARD

TO

*P/O THOMAS LICIARDELLO #4383*

PHILADELPHIA NARCOTICS FIELD UNIT 2

IN RECOGNITION OF YOUR MERITORIOUS SERVICE
TO THE GREATER PHILADELPHIA REGION

MARCH 15, 2006



Officer Thomas Liciardello
Narcotics Field Unit 2
Philadelphia Police Department

IN RECOGNITION OF YOUR HEROIC
ACTIONS DISPLAYED ON 12 - 22 - 2005,
ON NORTH UBER STREET, PHILADELPHIA,
WHILE TRYING TO EFFECT A NARCOTIC
ARREST YOU, SGT. MICHAEL MITCHELL
AND OFFICER JEFFREY WALKER WERE
CONFRONTED BY TWO ARMED AND
DANGEROUS ADVERSARIES THAT ENGAGED
YOU IN ACTUAL COMBAT. WHILE
PERFORMING PERILOU AND COURTEOUS
OFFICERS ACTED TO PROTECT ONE
ANOTHER WITHOUT REGARD FOR YOUR
INDIVIDUAL PERSONAL SAFETY YOUR
ACTIONS D...